1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTOINE DESHAWN BARNES,              )  Case No.: 1:20-cv-00390-SAB (PC)
                                          )
12                     Plaintiff,          )
                                          )  ORDER DENYING MOTION TO PROCEED *IN*
13          v.                            )  *FORMA PAUPERIS*
                                          )
14   BLACKBURN, *et al.*,                 )  (ECF No. 2)
                                          )
15                     Defendants.         )  ORDER DIRECTING CLERK OF COURT TO
                                          )  FORWARD ORDER TO SHERIFF OF KINGS
16                                        )  COUNTY JAIL
                                          )
17                                        )  ORDER DIRECTING PLAINTIFF TO FILE A
                                          )  COMPLETED APPLICATION TO PROCEED *IN*
18                                        )  *FORMA PAUPERIS* OR PAY FILING FEE
                                          )
19                                        )
                                          )
20   _____   )

21          Plaintiff Antoine Deshawn Barnes is a county jail inmate proceeding *pro se* in this civil rights

22   action pursuant to 42 U.S.C. § 1983.

23          On March 6, 2020, Plaintiff filed the instant complaint, along with a motion to proceed *in*

24   *forma pauperis* in the United States District Court for the Eastern District of California, Sacramento

25   Division.

26          On March 17, 2020, the action was transferred to this Court. (ECF No. 4.)

27   ///

28   ///

                                              1

Plaintiff's application to proceed in forma pauperis is incomplete. There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application as the instructions require, nor is the certificate portion of the form dated, signed, or filled-out by an authorized officer of the penal institution. Plaintiff must submit a completed form, including a certified copy of his trust account statement, if he wishes for the application to be considered.

On the form application, in the portion available for the signature of an authorized officer of the institution where Plaintiff is incarcerated, Plaintiff has written "Refuse to Sign. Conflict of Interest." (ECF No. 2, at p. 2.) The Court construes the notation as an indication that Plaintiff was unable to obtain a signature from an officer at the Kings County Jail in Hanford, California, where Plaintiff is currently housed, for his *in forma pauperis* application.

In light of Plaintiff's apparent difficulties in obtaining an authorized signature on the form application and copy of his inmate trust statement, the Court will forward a copy of this order to appropriate staff at the Kings County Jail.

Accordingly, it is HEREBY ORDERED that:

1.      Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;

2.      The Clerk of Court is directed to forward a copy of this order and Plaintiff's motion (ECF No. 2), to the Sheriff of the Kings County Jail in Hanford, California, that the appropriate person might be aware of the difficulty Plaintiff is experiencing in obtaining the information necessary to complete his application to proceed in forma pauperis;

3.      Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 initial filing fee for this action;

4.      No extension of time will be granted absent a showing of good cause; and

///

///

///

**5.** **The failure to comply with this order will result in dismissal of this action without prejudice**.

IT IS SO ORDERED.

Dated:   **March 17, 2020**

_____
UNITED STATES MAGISTRATE JUDGE