# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, <br><br> Plaintiff, <br><br> v. <br><br> HANFORD SUPERIOR COURT JUDGE, et al., <br><br> Defendants. | Case No. 1:20-cv-00390-SAB (PC) <br><br> ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT <br><br> (ECF No. 11) |

    Antoine Deshawn Barnes ("Plaintiff") is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2020, Plaintiff filed an application to proceed *in forma pauperis* in this action. Plaintiff's application was granted on March 30, 2020. On this same date, Plaintiff filed another application to proceed *in forma pauperis*. As Plaintiff has previously been granted *in forma pauperis* status in this action, the March 30, 2020 application to proceed *in forma pauperis* is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **April 1, 2020**

                                                UNITED STATES MAGISTRATE JUDGE