# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HANFORD SUPERIOR COURT JUDGE, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00390-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S M0TION FOR A RESTRAINING ORDER<br><br>(ECF Nos. 12, 16) |

Antoine Deshawn Barnes ("Plaintiff") is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 30, 2020, Plaintiff filed a motion for a retraining order that was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 3, 2020, the magistrate judge filed a findings and recommendations recommending denying Plaintiff's motion for a restraining order.  The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service.  The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed April 3, 2020 (Doc. No. 16) is ADOPTED IN FULL;

2. Plaintiff's motion for a restraining order (Doc. No. 12) is DENIED.

IT IS SO ORDERED.

Dated:  May 13, 2020                                   _____
                                                           SENIOR DISTRICT JUDGE

2