# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>     Plaintiff,<br><br>  v.<br><br>HANFORD SUPERIOR COURT JUDGE, et al.,<br><br>     Defendants. | Case No.  1:20-cv-00390-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO COMPLY WITH COURT ORDER, FAILURE TO PROSECUTE<br><br>(ECF No. 20) |

Antoine Deshawn Barnes ("Plaintiff") is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2020, the magistrate judge filed a findings and recommendations recommending that this action be dismissed for Plaintiff's failure to comply with a court order, failure to prosecute, and failure to state a claim.  The findings and recommendations was served on the Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service.  The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed June 4, 2020, is ADOPTED IN FULL;
2. This action is DISMISSED for Plaintiff's failure to state a claim, failure to comply with a court order, and failure to prosecute; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   October 6, 2020                          _____
                                                  SENIOR DISTRICT JUDGE